801 DETROIT, L. & . N. RAILROAD CO. vs. CIRCUIT JUDGE (Genesee), 61 M., 33.

To compel the dissolution of an injunction.

Denied April 15, 1886.

Held, that a mandamus to disturb action by a circuit judge in equity can only issue upon some exigency requiring prompt

action to prevent mischief; and so long as the law is open, the court is not called upon to use its extraordinary powers to assist private redress of supposed wrongs.